Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

Scott M. Harris
State Bar No. 011524
Scott M. Harris, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:    (602) 252-7400
Facsimile:     (602) 795-5610
email: harris@smharrislaw.com

*Attorneys for Plaintiff Eamonn Hogan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Eamonn Hogan,<br><br>             Plaintiff,<br><br>        v.<br><br>Metropolitan Life Insurance Company; Dignity Health; Dignity Health's Health and Welfare Plan,<br><br>             Defendants. | Case No.  2:15-cv-01837-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff dismisses the above captioned case with prejudice.  Defendants Metropolitan Life Insurance Company, Dignity Health and Dignity Health's Health and Welfare Plan have not filed a response to Plaintiff's complaint.

DATED this 25th day of February, 2016.

                      SCOTT E. DAVIS, P.C.

                      */s/ Scott E. Davis, Esq.*
                      Scott E. Davis, Esq.
                      Scott M. Harris, Esq.
                      Attorneys for Plaintiff